IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:98CR140-1 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | MEMORANDUM |
| | ) | AND ORDER |
| JAHMAL THROWER, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a retroactive sentencing worksheet prepared by the Probation Officer. I will direct that it be filed in the court file. Furthermore, I observe that no motion for reduction of sentence has yet been filed. To clear up the ambiguity, I will enter an order.

IT IS ORDERED that:

(1) Mary C. Gryva is appointed to represent Jahmal Thrower under the provisions of the Criminal Justice Act and the Federal Public Defender shall provide her with a new voucher.

(2) The Clerk of the Court shall file the retroactive sentencing worksheet and provide Ms. Gryva and the prosecutor with a copy.

(3) No later than May 11, 2009, counsel of record shall confer and do one of the following:

    A.    File a stipulation containing the following provisions: (i) an agreement that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; (ii) an agreement that the defendant may be resentenced without being present and without further notice; and (iii) an agreement regarding the recommended sentence.

B.    In lieu of the stipulation provided in paragraph A, counsel for the government shall contact my judicial assistant and arrange a telephone conference with the undersigned and counsel for the defendant so that further progression of this case may be scheduled.

DATED this 11th day of March, 2009.

                                  BY THE COURT:

                                  *S/Richard G. Kopf*
                                  United States District Judge