AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR140-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 17052-047 |
| | ) | |
| JAHMAL THROWER, | ) | MARY C. GRYVA |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 11/19/1999 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

     Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 168 months is reduced to 140 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 140 to 175 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated November 19, 1999 shall remain in effect.

Filings 174 and 175 are granted but only as provided herein.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2009
Effective Date: Friday, June 26, 2009

                                *S/Richard G. Kopf*
                              United States District Judge